<u>**Exhibit A**</u>
**Statement of Claim**
**Plaintiff Thomas John Myers, III**

**Unpaid Regular Wages and Minimum Wages**

| Period[1] | Weeks[1] | Hours Worked[1] | Hourly Rate[1] | Total Unpaid Regular Wages[1] | Total Unpaid Minimum Wages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|
| 7/1/19 - 7/2/19 | 0.29 | 14 | $ 65.00 | $ 910.00 | $ 101.50 | $ 101.50 |
| | | | | $ 910.00 | $ 101.50 | $ 101.50 |

|  |  |
|---:|---:|
| Total Unpaid Regular Wages[1] = | $ 910.00 |
| Total Unpaid Minimum Wages[1] = | $ 101.50 |
| Total Liquidated Damages[1] = | $ 101.50 |
| Total[1] = | $ 1,011.50 |

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process.