UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-cv-62789-Ungaro

THOMAS JOHN MYERS, III,

        Plaintiff,

v.

STRATEGIC HUMAN CAPITAL
SOLUTIONS LLC,
MONTHER H. DARWAZEH,
NICOLE CARA BASSUK,

        Defendants.
_____/

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME**

Plaintiff, THOMAS JOHN MYERS, III, by and through the undersigned counsel, pursuant to the Court's Order Setting Initial Planning and Scheduling Conference, DE 4, ("Order") respectfully requests an enlargement of time through December 16, 2019 to confer with Defendants and file the Joint Planning and Scheduling Report, and in support Plaintiff states the following:

1. Defendants appear to be proceeding *pro se* and, on December 5, 2019, filed a letter at DE 8 in response to Plaintiff's Complaint, DE 1.

2. Defendants letter was stricken by the Court at DE 10.

3. The Order requires the parties to jointly confer and file the Joint Planning and Scheduling Report.

4. Plaintiff respectfully requests a 10-day enlargement of time to confer with Defendants and prepare the Joint Planning and Scheduling Report.

WHEREFORE, Plaintiff respectfully requests that the Court grant an enlargement of time through December 16, 2019 to file the parties' Joint Planning and Scheduling Report pursuant to the Court's Order, DE 4.

Respectfully submitted,

Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Phone: (786) 924-9929
Fax:    (786) 358-6071
Email: ekoz@kozlawfirm.com

_____
Elliot Kozolchyk, Esq.
Bar No.: 74791

**CERTIFICATE OF CONFERRAL**

I HEREBY CERTIFY that counsel for the movant emailed Defendants at 8:34 PM this evening in a good-faith effort to confer regarding the relief sought herein and has not received a response as of the filing of this motion.

_____
Elliot Kozolchyk, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on December 6, 2019 with the Clerk of Court using CM/ECF along with having served all counsel of record or pro se parties identified on the service list incorporated herein in the manner specified, either via transmission of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notice of Electronic Filing.

_____
Elliot Kozolchyk, Esq.

## SERVICE LIST

Strategic Human Capital Solutions LLC
Registered Agent: Nicole C. Bassuk-Darwazeh
nicole@shcsstaffing.com

Nicole C. Bassuk-Darwazeh
nicole@shcsstaffing.com

Monther H. Darwazeh
moshe@shcsstaffing.com

Case 0:19-cv-62789-UU   Document 11   Entered on FLSD Docket 12/06/2019   Page 4 of 4