UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:19-cv-62789-UU

THOMAS JOHN MYERS,

    Plaintiff,

v.

STRATEGIC HUMAN CAPITAL
SOLUTIONS, LLC, *et al.*,

    Defendants.

_____/

## **ORDER**

THIS CAUSE is before the Court upon Plaintiff's Motion for Enlargement of Time to file the Joint Planning and Scheduling Report (the "Motion"). D.E. 11. Having considered the Motion and pertinent portions of the record and being otherwise fully advised in the premises, and for good cause shown, it is hereby

ORDERED AND ADJUDGED that the Motion, D.E. 11, is GRANTED. The parties SHALL file their Joint Planning and Scheduling Report **on or before Monday, December 16, 2019**.

**ALL OTHER DEADLINES REMAIN IN FULL FORCE AND EFFECT.**

DONE AND ORDERED in Chambers at Miami, Florida, this _9th_ day of December, 2019.

*[signature: Ursula Ungaro]*

    URSULA UNGARO
    UNITED STATES DISTRICT JUDGE

copies provided: counsel of record
*Pro Se* Defendants