UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:19-cv-62789-UU

THOMAS JOHN MYERS,

    Plaintiff,
v.

STRATEGIC HUMAN CAPITAL
SOLUTIONS LLC, *et al.*,

    Defendants.
_____/

## **ORDER**

THIS CAUSE is before the Court upon Defendants' *pro se* Motion for Extension of Time "in order to seek a council" (the "Motion"). D.E. 13. The Court has reviewed the pertinent portions of the record and is otherwise fully advised in the premises.

By way of background, on November 7, 2019, Plaintiff commenced this action under the Fair Labor Standards Act by filing his Complaint against corporate defendant Strategic Human Capital Solutions LLC ("Strategic") and individual defendants Monther H. Darwazeh and Nicole Cara Bassuk. D.E. 1. Plaintiff also alleges the defendants breached an oral contract for wages. *See id.* All three defendants were served with initial process on November 16, 2019, such that their responses to the Complaint are due on or before December 9, 2019. D.E. 5; D.E. 6; D.E. 7; Fed. R. Civ. P. 12(a)(1)(A)(i).

On December 5, 2019, all three defendants filed a purported *pro se* answer, which is simply a letter addressed to the undersigned explaining their version of events (with some exhibits attached). D.E. 8. That same day, the Court entered its Order of Instructions to *Pro Se* Litigants, requiring the defendants to, among other things, familiarize themselves with the applicable Court rules. D.E. 9. Separately, the Court struck the letter *sua sponte* for failure to comply with the

Federal Rules of Civil Procedure. D.E. 10. The Court also struck the letter because "insofar as it was filed on behalf of Strategic because Strategic, a limited liability corporation, cannot proceed *pro se*." *Id.* at 2. The Court expressly provided:

> The defendants SHALL, **on or before December 9, 2019**, file an answer that complies with the Federal Rules of Civil Procedure. Additionally, defendant Strategic Human Capital Solutions LLC must appear through counsel, if it appears at all. **Failure to comply with this Order will result in the entry of default without further notice.**

*Id.* (emphasis in original).

Federal Rule of Civil Procedure 6(b) provides that the Court may provide an extension of time for good cause. The instant Motion states in its entirety:

> *Defendants*, STRATEGIC HUMAN CAPITAL SOLUTIONS LLC, MONTHER H. DARWAZEH, NICOLE CARA BASSUK, asks the Honorable Judge for an extension of time equaling five days in order to seek a council. Strategic Human Capital Solutions LLC is appealing to the Honorable Judge to grant the time requested and hold off the default judgment against Strategic Human Capital Solutions LLC.

D.E. 13. Defendants have offered no good cause whatsoever to justify their requested time extension. It is beholden upon a party defendant to promptly obtain counsel after being served with initial process, in order to comply with the applicable Rules. Accordingly, it is hereby

ORDERED AND ADJUDGED that the Motion, D.E. 13, is DENIED. **ALL DEADLINES REMAIN IN FULL FORCE AND EFFECT. FAILURE TO TIMELY RESPOND TO THE COMPLAINT WILL RESULT IN ENTRY OF DEFAULT WITHOUT FURTHER NOTICE.**

DONE AND ORDERED in Chambers at Miami, Florida, this _9th__ day of December, 2019.

*[signature]*

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: counsel of record