UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:19-cv-62789-UU

THOMAS JOHN MYERS,

    Plaintiff,
v.

STRATEGIC HUMAN CAPITAL
SOLUTIONS LLC, *et al*.,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court *sua sponte*. The Court has reviewed the pertinent portions of the record and is otherwise fully advised in the premises.

On November 16, 2019, defendants Strategic Human Capital Solutions LLC ("Strategic"), Monther H. Darwazeh, and Nicole Cara Bassuk were served with initial process, such that their responses to the Complaint were due by December 9, 2019. D.E. 5; D.E. 6; D.E. 7; Fed. R. Civ. P. 12(a)(1)(A)(i).

On December 5, 2019, all three defendants filed a *pro se* answer, which is simply a letter addressed to the undersigned explaining their version of events (with some exhibits attached). D.E. 8. That same day, the Court entered its Order of Instructions to *Pro Se* Litigants, requiring the defendants to, among other things, familiarize themselves with the applicable Court rules. D.E. 9. Separately, the Court struck the letter *sua sponte* for failure to comply with the Federal Rules of Civil Procedure. D.E. 10. The Court also struck the letter "insofar as it was filed on behalf of Strategic because Strategic, a limited liability corporation, cannot proceed *pro se*." *Id.* at 2. The Court expressly provided:

>The defendants SHALL, **on or before December 9, 2019**, file an answer that complies with the Federal Rules of Civil Procedure. Additionally, defendant Strategic Human Capital Solutions LLC must appear <u>through counsel</u>, if it appears at all. **<u>Failure to comply with this Order will result in the entry of default without further notice.</u>**

*Id.* (emphasis in original).

On December 9, 2019, the defendants filed a *pro se* Motion for Extension of Time "in order to seek a council" (the "Motion"). D.E. 13. That same day, the Court denied the Motion for failure to show good cause as required by Federal Rule of Civil Procedure 6(b). D.E. 14. The Court again cautioned: "**<u>ALL DEADLINES REMAIN IN FULL FORCE AND EFFECT. FAILURE TO TIMELY RESPOND TO THE COMPLAINT MAY RESULT IN ENTRY OF DEFAULT WITHOUT FURTHER NOTICE.</u>**" *Id.* at 2 (emphasis in original).

As of the date of this Order, the defendants have not responded to the Complaint in any manner that comports with the applicable Court rules. Accordingly, it is

ORDERED AND ADJUDGED that the Clerk of Court is directed to ENTER A DEFAULT against defendants Strategic Human Capital Solutions LLC, Monther H. Darwazeh, and Nicole Cara Bassuk. It is further

ORDERED AND ADJUDGED that Plaintiff SHALL file a Motion for Final Default Judgment against the defendants, duly supported by affidavits and other documentation and a proposed Final Order by **<u>Friday, December 20, 2019</u>**. <u>Failure to comply with this Order will result in dismissal of Plaintiff's Complaint</u> without further notice.

DONE AND ORDERED in Chambers at Miami, Florida, this 10th_ day of December, 2019.

*/s/ Ursula Ungaro*
_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record