UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THOMAS JOHN MYERS

    PLAINTIFF(S)

CASE NUMBER
0:19−cv−62789−UU

v.

STRATEGIC HUMAN CAPITAL SOLUTIONS LLC,
et al.,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

DEFENDANT(S).

# Clerk's Default

    It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Strategic Human Capital Solutions LLC**
**Monther H. Darwazeh**
**Nicole Cara Bassuk**

as of course, on the date December 10, 2019.

    **Angela E. Noble**
    CLERK OF COURT

    By  /s/ *Carlos Davis*
    Deputy Clerk

cc:  Judge Ursula Ungaro
     Thomas John Myers