**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:19-cv-62789-UU

THOMAS JOHN MYERS, III,

    Plaintiff,

v.

STRATEGIC HUMAN CAPITAL
SOLUTIONS LLC, *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Motion for Enlargement of Time to file a motion to approve the parties' FLSA settlement (the "Motion"). D.E. 19. The Court having considered the Motion and pertinent portions of the record and being otherwise fully advised in the premises, and for good cause shown, it is hereby

ORDERED AND ADJUDGED that the Motion, D.E. 19, is GRANTED. The parties shall file their settlement motion as set forth in this Court's Notice of Court Practices, D.E. 18, by **January 27, 2020.**

DONE AND ORDERED in Chambers at Miami, Florida, this _14th_ day of January, 2020.

*/s/ Ursula Ungaro*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record